```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0025--CR (JKS)
                            "USA V JOHN THOMAS HARPOLE"
                            DEF 1.1 HARPOLE, JOHN THOMAS

                Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  02/20/04
            Closed:  11/09/04
 No. of Defendants:  1
    MJ Case Number:
               AKA:
    Location status:  Released on Own Recognizance
        Trial date:  06/21/04
        Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  John Thomas Harpole
                      Pro Per
                      FPC Camp 14923-006
                      PO Box 1000
                      Butner, NC 27509
                      -  -
                      Serve: YES
                       Type: Waived or Self
                       Role: Other
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Thomas C. Bradley
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 HARPOLE, JOHN THOMAS

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |
| 1 -  1 IND | 2 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |
| 1 -  1 IND | 3 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |
| 1 -  1 IND | 4 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |
| 1 -  1 IND | 5 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0025--CR (JKS)
"USA V JOHN THOMAS HARPOLE"
DEF 1.1 HARPOLE, JOHN THOMAS

Including terminated defendants, excluding terminated counsel

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 6 | 26:7201 ATTEMPTED TAX EVASION (F) | Sentenced (87-1) |
| 1 - | 1 IND | 7 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |
| 1 - | 1 IND | 8 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |
| 1 - | 1 IND | 9 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |
| 1 - | 1 IND | 10 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |
| 1 - | 1 IND | 11 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |
| 1 - | 1 IND | 12 | 26:7203 FAILURE TO FILE INCOME TAX RETURN (M) | Sentenced (87-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
                            "USA V JOHN THOMAS HARPOLE"

                                 For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/20/04
             Closed: 11/09/04
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 02/20/04 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 02/20/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 02/23/04 | [Re: DEF 1] AHB Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 02/26/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/26/04. |
| NOTE - 3 | 02/26/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 3 - 1 | 02/27/04 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] ARR on Indt held 2/27/04.  Status of cnsl/continued ARR on Indt set for 3/8/04 at 1:00pm before MJ Roberts.  Bond set at $5,000 unsecured; appearance bond filed. Order setting contidtions of release filed; release order signed.  Cnsl advise of trial date of 4/19/04 before Judge Singleton. cc: USA, FPD (friend of the court), USM, PO, Judge Singleton |
| 4 - 1 | 02/27/04 | [Re: DEF 1] Order setting conditions of release.  Bond set at $5,000 unsecurced.  cc: USA, FPD (as friend of the court), USM, PO |
| 5 - 1 | 02/27/04 | DEF 1 Appearance bond of $5,000 unsecured. |
| 6 - 1 | 02/27/04 | [Re: DEF 1] CY of JDR Order of Release original to USM by ECR. cc: USA, FPD (as friend of the court), USM, PO |
| 7 - 1 | 03/01/04 | [Re: DEF 1] JDR Order that the courts grants permission for the def to travel to Wall Walla, WA, from 3/4/04 through 3/7/04. cc: T. Bradley, FPD(as  friend of the court), USM, PO |
| 8 - 1 | 03/01/04 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 2/26/04. |
| 9 - 1 | 03/09/04 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of cont arr/stat of cnsl hrg (held 3/8/04); hrg cont to 4:00 p.m., 3/10/04; def's contiditons of release remain as previously set.  cc: USA, FPD (as Friend of the Court), USM, PO |
| 9A- 1 | 03/10/04 | DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR). |
| 10 - 1 | 03/11/04 | [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 3/31/04. cc: USA, FPD (as Friend of the Court), Def |
| 11 - 1 | 03/11/04 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of cont arr/stat of cnsl hrg (held 3/10/04) crt entered not guilty plea to Cts 1-12; def's conditions of release remain as set; ptms due 3/31/04; order re: preparation for trial FILED; crt and cnsl heard re: self-representation. cc: USA, FPD (as Friend of the Court), Def, USM, PO, Judge Singleton |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
"USA V JOHN THOMAS HARPOLE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 03/12/04 | [Re: DEF 1] JKS Minute Order setting TBJ for 04/19/04 at 9:00 a.m. and FPTC for 04/14/04 at 11:00 a.m. cc: USA, FPD (as Friend of the Court), Def (3705 Arctic Blvd., #1765, Anch. AK 99503), USM, USPO, MJ Roberts, JC |
| 13 - 1 | 03/12/04 | [Re: DEF 1] JDR Order that M. Dieni (FPD) is appoined to serve as standby cnsl; FPD to confer w/def and explain to him FPD's role as standby cnsl.  cc: USA, FPD, Def, Judge Singleton |
| 14 - 1 | 03/12/04 | [Re: DEF 1] JDR Minute Order that clerk is directed to file papers from def styled "NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR" as an omnibus pretrial mot; govt to respond accordingly.  cc: USA, FPD, Def |
| 15 - 1 | 03/16/04 | [Re: DEF 1] PLF 1 response to DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR)(9A-1). |
| 16 - 1 | 03/22/04 | [Re: DEF 1] JDR Order re: representation of the US by cnsl; govt to supp record re: 9A-1 by 3/29/04 re: authority of each atty for govt who will represent US in procecution before district crt.  cc: USA, FPD, J. Harpole |
| 17 - 1 | 03/22/04 | [Re: DEF 1] PLF 1 motion for hearing on status of counsel. |
| 18 - 1 | 03/23/04 | DEF 1 motion for bill of particulars w/att brf. |
| 19 - 1 | 03/23/04 | [Re: DEF 1] PLF 1 Supplemental response re: DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR). (9A-1). |
| 20 - 1 | 03/23/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bill of particulars (18-1). |
| 21 - 1 | 03/24/04 | [Re: DEF 1] JDR Minute Order granting motion for hearing on status of counsel (17-1); stat of cnsl hrg set 1:30 p.m., 3/25/04.  cc: USA, FPD, Def, USM, PO |
| 22 - 1 | 03/25/04 | [Re: DEF 1] JDR Minute Order re: def's motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR) (9A-1); any challenge the def has made re: authorization of govt attys of record to represent the US is w/o merit.  cc: USA, J. Harpole, FPD |
| 23 - 1 | 03/25/04 | Initial R&R re: DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR). (9A-1). Objections due NOON 03/31/04. Reply due NOON 04/05/04.  cc: USA, J. Harpole, FPD, Judge Singleton |
| 24 - 1 | 03/26/04 | [Re: DEF 1] JDR Order granting/denying motion for bill of particulars (18-1) . cc:USA, FPD, J. Harpole |
| 25 - 1 | 03/26/04 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] status of cnsl hrgf held 3/25/04.  Mr. Harpole indicated he did not want crt appointed cnsl. Crt/cnsl hrd Mr. Dieni's role as stand by cnsl.  Crt stated that any mot to cont trial date should be submitted in writing.  Status of cnsl hrg set for 4/5/04 at 11:00 am. cc: USA, FPD, J. Harpole, USM, PO |
| 26 - 1 | 03/31/04 | DEF 1 motion to dismiss Indt #1. |
| 27 - 1 | 03/31/04 | DEF 1 motion to dismiss Indt #2. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
                                "USA V JOHN THOMAS HARPOLE"
          ─────────────────────────────────────────────────────────────────────────
                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 03/31/04 | DEF 1 motion to dismiss Indt #3. |
| 29 - 1 | 03/31/04 | DEF 1 motion to dismiss counts 7-12 of Indt #4. |
| 30 - 1 | 03/31/04 | [Re: DEF 1] PLF 1 Response to Court's Order for a Bill of Particulars (24-1). |
| 31 - 1 | 04/01/04 | DEF 1 motion for bond discussion w/att memo, aff. |
| 32 - 1 | 04/02/04 | DEF 1 motion for reconsideration of court's order filed 3/25/04 w/att brief & exh. |
| 33 - 1 | 04/05/04 | DEF 1 Notice of delay in mail delivery & error in address used by the clerk. |
| 34 - 1 | 04/05/04 | DEF 1 motion for an enlargement of time to file object's to R&R. |
| 35 - 1 | 04/05/04 | DEF 1 objection to R&R re: DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR) (9A-1) w/att brief. |
| 36 - 1 | 04/05/04 | DEF 1 motion to extend the trial date. |
| 37 - 1 | 04/06/04 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] Status of Cnsl Hrg held 4/6/04.  Crt/cnsl hrd re: granting motion for an enlargement of time to file object's to R&R (34-1); status of def cnsl.Def stated cnsl to file entry of appearance on 4/8/04, re: hrg before Judge Singleton. Crt directed plf to file a written mot re: request. Crt/cnsl hrd re: def's mot to extend trial date.Crt directed parties to file a written mot that this matter is to be heard at next hrg w/ Judge Singleton. cc:USA, FPD, J. Harpole, Judge Singleton |
| 38 - 1 | 04/06/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss Indt #3 (28-1). |
| 39 - 1 | 04/06/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss Indt #2 (27-1). |
| 40 - 1 | 04/06/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss Indt #1 (26-1). |
| 41 - 1 | 04/06/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss counts 7-12 of Indt #4 (29-1). |
| 42 - 1 | 04/06/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR) (9A-1). |
| 43 - 1 | 04/07/04 | [Re: DEF 1] JKS Minute Order setting hrg on request to ext trial date for 04/14/04 at 11:00 a.m. cc: USA, DEF, FPD, USM, USPO, MJ Roberts, JC |
| 44 - 1 | 04/07/04 | [Re: DEF 1] PLF 1 joinder to DEF 1 mot to ext the trial date (36-1). |
| 44 - 2 | 04/07/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to schedule a hearing on this issue to continue trial date. |
| 45 - 1 | 04/07/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration of court's order re status of govt cnsl filed 3/25/04 (32-1). |
| 46 - 1 | 04/08/04 | Final R&R re: DEF 1 motion omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR) (9A-1); MJ declines to modify recommendation that motion be denied; matter ready for USDJ. cc: USA, |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
                                  "USA V JOHN THOMAS HARPOLE"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | FPD, J. Harpole, Jude Singleton |
| 47 - 1 | 04/08/04 | [Re: DEF 1] JDR Order denying motion for reconsideration of court's order filed 3/25/04 (32-1). cc: USA, FPD, J. Harpole |
| 48 - 1 | 04/08/04 | [Re: DEF 1] JDR Minute Order re hrg on def's mot to cont trial (36-1) set for 4/9/04 at 10:00 a.m. before MJ Roberts. cc: USA, FPD, J. Harpole, USM, USPO, Judge Singleton |
| 49 - 1 | 04/09/04 | DEF 1 motion for admission pro hac vice of Lowell Becraft, Jr. |
| 50 - 1 | 04/09/04 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re hrg on mot to cont trial (doc #36) hld 4/9/04; granting motion to extend the trial date (36-1);FPTC set for 04/14/04 and TBJ set for 04/19/04 vacated; TBJ RESET for 6/21/04 at 9:00 a.m. before Judge Singleton; crt found excludable delay; Judge Singleton to issue FPTC date & time; FPD released as stand-by-cnsl. cc: USA, L. Becraft, J. Harpole, USM, USPO, FPD, JC, Judge Singleton |
| 51 - 1 | 04/12/04 | [Re: DEF 1] JKS Minute Order setting FPTC for 06/17/04 at 10:00 a.m. cc: USA, J. Harpole, L. Becraft, USM, USPO, MJ Roberts |
| 52 - 1 | 04/12/04 | DEF 1 Notice of filing entry of appearance as lcl cnsl for lead cnsl Becraft & in support of DEF 1 motion for admission pro hac vice of Lowell Becraft, Jr. (49-1). |
| 49 - 2 | 04/13/04 | [Re: DEF 1] JDR Order granting motion for admission pro hac vice of Lowell Becraft, Jr. (49-1). cc: USA, L. Becraft, L. Wells |
| 53 - 1 | 04/15/04 | [Re: DEF 1] JKS Order denying mot omnibus Pretrial Mot (NOT A PLEADING NON-ACCEPTANCE OF No. A04-025 CR) (9A-1). cc: USA, L. Wells, MJ Roberts |
| 54 - 1 | 05/13/04 | Initial R&R re: DEF 1 motion to dismiss Indt #1 (26-1); Recommended be denied; Objections due NOON 05/21/04. Reply due 05/25/04. cc: USA, L. Wells, Judge Singleton |
| 54 - 2 | 05/13/04 | Initial R&R re: DEF 1 motion to dismiss Indt #2 (27-1); Recommended be denied; Objections due NOON 05/21/04. Reply due 05/25/04. cc: USA, L. Wells, Judge Singleton |
| 54 - 3 | 05/13/04 | Initial R&R re: DEF 1 motion to dismiss Indt #3 (28-1); Recommended be denied; Objections due NOON 05/21/04. Reply due 05/25/04. cc: USA, L. Wells, Judge Singleton |
| 54 - 4 | 05/13/04 | Initial R&R re: DEF 1 motion to dismiss counts 7-12 of Indt #4 (29-1); Recommended be denied; Objections due NOON 05/21/04. Reply due 05/25/04. cc: USA, L. Wells, Judge Singleton |
| 55 - 1 | 05/13/04 | [Re: DEF 1] JDR Order denying motion for bond discussion (31-1). cc: USA, L. Wells |
| 56 - 1 | 06/04/04 | [Re: DEF 1] JKS Order denying mot to dismiss Indt #1 (26-1), mot to dismiss Indt #2. (27-1), mot to dismiss Indt #3 (28-1), mot to dismiss cts 7-12 of Indt #4 (29-1). cc: USA, L. Wells, MJ Roberts |
| 57 - 1 | 06/14/04 | [Re: DEF 1] PLF 1 Requested Jury Instructions. |
| 58 - 1 | 06/14/04 | [Re: DEF 1] PLF 1 Trial Brief. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
                              "USA V JOHN THOMAS HARPOLE"
```

---

```
                                For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 59 - 1 | 06/14/04 | [Re: DEF 1] PLF 1 Propsed Voir Dire. |
| 60 - 1 | 06/14/04 | [Re: DEF 1] PLF 1 Notice regarding expert testimony and intent to offer summaries of voluminous records w/att exh. |
| 61 - 1 | 06/14/04 | DEF 1 Proposed Jury Instructions. |
| 62 - 1 | 06/14/04 | DEF 1 Trial Brief. |
| 63 - 1 | 06/15/04 | DEF 1 Requested Voir Dire. |
| 64 - 1 | 06/16/04 | [Re: DEF 1] JKS Minute Order re: trial w/att prel jury instrs, proposed verdict form, final jury instr, and proposed voir dire. cc: USA, L. Wells |
| 65 - 1 | 06/16/04 | [Re: DEF 1] PLF 1 Notice of intent to use digital evidence presentation system. |
| 66 - 1 | 06/17/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: FPTC held 6/17/04; crt increased number of prospective jurors. cc: USA, L. Well, JC |
| 67 - 1 | 06/17/04 | [Re: DEF 1] PLF 1 motion in limine re: defendant's proposed jury instructions. |
| 68 - 1 | 06/17/04 | PLF 1; DEF 1 Stipulation re: records admissable per FREv 803. |
| 68 - 2 | 06/18/04 | [Re: DEF 1] JKS Order approving stip re: records admissable per FREv 803 (68-1). cc: USA, L. Wells |
| 69 - 1 | 06/21/04 | [Re: DEF 1] PLF 1 Witness List. |
| 70 - 1 | 06/21/04 | [Re: DEF 1] PLF 1 Exhibit List. |
| 71 - 1 | 06/22/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] re: 1st day TBJ held 6/21/04; TBJ to reconvene 6/22/04 at 9:00 a.m. w/att jury panel record. |
| 72 - 1 | 06/23/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston/Robin Carter] TBJ Day 2 held 6/22/04.  Opening statements heard.  Court to reconvene 6/23/04 at 9:00 a.m. |
| 73 - 1 | 06/23/04 | DEF 1 brf re: rule 29 mot (74-2) w/att exhs. |
| 74 - 2 | 06/23/04 | DEF 1 motion for acquittal re: count 1. |
| 74 - 1 | 06/24/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter/Caroline Edmiston] re: 3rd day TBJ held 6/23/04; def's mot for acquittal re: ct 1 taken under advisement & depending on verdict will render a decision; TBJ to reconvene 6/24/04 at 9:00 a.m.. cc: USA, L. Wells |
| 75 - 1 | 06/25/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter/Caroline Edministon] TBJ Day 4 held 6/24/04.  Court to reconvene 6/25/04 at 9:00 a.m. w/att jury note. |
| 76 - 1 | 06/28/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston/Robin Carter] re: 5th day TBJ held 6/25/04; verdicts published; guilty on cts 1-12 of Indt; plf oppo to Rule 29 mot for judg of acquittal due 7/2/04; IOS set |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
"USA V JOHN THOMAS HARPOLE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 9/17/04 at 9:30 a.m.; cond of rel remain as set. cc: USA, L. Wells, USM, USPO, MJ Roberts w/att exh & wit list & jury notes. |
| 77 - 1 | 06/28/04 | Final Jury Instructions. |
| 78 - 1 | 06/28/04 | [Re: DEF 1] Verdict - guilty on counts 1-12. |
| 79 - 1 | 06/30/04 | [Re: DEF 1] JKS Minute Order terminating in light of this ord: mot in limine re: defendant's proposed jury instructions (67-1). cc: USA, L. Wells |
| 80 - 1 | 07/01/04 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot for acquittal re: count 1 (74-2). |
| 81 - 1 | 07/09/04 | DEF 1 reply to opposition to DEF 1 motion for acquittal re: count 1 (74-2). |
| 82 - 1 | 08/20/04 | [Re: DEF 1] PLF 1 unopposed motion to continue imposition of sentence. |
| 83 - 1 | 08/25/04 | [Re: DEF 1] JKS Order granting unopposed motion to continue imposition of sentence (82-1).  IOS set 9/17/04 is vacated and is reset for 11/5/04 at 11:00 a.m.  cc: AUSA, L. Wells, L. Becraft, Jr., USM, UPSO |
| 84 - 1 | 10/25/04 | [Re: DEF 1] JKS Order denying motion for acquittal re: count 1 (74-2). cc: USA, L. Wells |
| 85 - 1 | 10/29/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 86 - 1 | 11/08/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] of IOS (held 11/5/04); sentence imposed as stated in the judgment; bond exonerated upon self-surrender to designated BOP facility; def notified of appeal rights. |
| 87 - 1 | 11/09/04 | [Re: DEF 1] JKS Judgment found guilty on count(s) 1,2,3,4,5,6,7,8,9,10,11,12 of the Indictment (1-1); sent 21 mos; SR 36 mos; SA $750; Fine $5000. cc: USA, L. Wells, L. Becraft, USM, USPO, Finance, Flu, MJ Roberts, def w/cnsls cy |
| 88 - 1 | 11/17/04 | DEF 1 appeal to 9CCA of (87-1) filed 11/09/04. cc:USA,USM, PO, Judge Singleton, 9CCA |
| NOTE - 4 | 11/18/04 | Transmittal: Forwarded notice of appeal (88-1) to 9CCA. |
| 89 - 1 | 11/18/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (88-1) cc: J. Harpole, USA, USM, PO, Judge Singleton, 9CCA (original), ECR |
| 90 - 1 | 12/02/04 | DEF 1 motion for bond on appeal w/att memo. |
| 91 - 1 | 12/08/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (88-1) w/order form. cc:ecr |
| 92 - 1 | 12/21/04 | DEF 1 PARTIAL transcript of IOS (held 11/5/04). |
| 93 - 1 | 12/27/04 | [Re: DEF 1] JKS MO that the Gov shall file a response to the mot at dkt 90 by 1/26/04.  If the Gov and USPO have no objection to the request, the parties may submit a stip re conditions of release pending appeal. If there is disagreement the court will schedule a hrg to resolve the dispute.  c: AUSA, J. Harpole, USM, USPO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
"USA V JOHN THOMAS HARPOLE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 94 - 1 | 01/05/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bond on appeal (90-1) w/att aff. |
| 95 - 1 | 01/10/05 | [Re: DEF 1] JKS Minute Order denying motion for bond on appeal (90-1). cc: USA, J. Harpole |
| 96 - 1 | 01/11/05 | [Re: DEF 1] Partial Transcript re: Trial by jury - Day 2 held 06/22/04. |
| 97 - 1 | 01/11/05 | [Re: DEF 1] Transcript re: Trial by jury - Day 3 held 06/23/04. |
| 98 - 1 | 01/11/05 | [Re: DEF 1] Transcript re: Trial by jury - Day 4 held 06/24/04. |
| 99 - 1 | 01/11/05 | [Re: DEF 1] Partial Transcript re: Trial by jury - Day 5 - held 06/25/04. |
| 100 - 1 | 01/14/05 | DEF 1 motion for a certified cy of the grand jury proceedings in this matter. |
| 101 - 1 | 01/14/05 | DEF 1 motion for a certified cy of doc generated by the grand jury that indicates at least 12 jurrors. |
| 102 - 1 | 01/14/05 | DEF 1 motion for a certified cy of the transcript of the proceedings where the Indt was returned to the MJ. |
| 103 - 1 | 01/18/05 | [Re: DEF 1] Transcript of TBJ-Day 1 held 6/21/04 re: notice of appeal (88-1) (LOCATED IN EXPANDO BEHIND CASE FILE) |
| 104 - 1 | 01/18/05 | [Re: DEF 1] PARTIAL Transcript of TBJ-Day 2 held 6/22/04 re: notice of appeal (88-1) LOCATED IN EXPANDO FOLDER BEHIND CASE FILE |
| 105 - 1 | 01/18/05 | [Re: DEF 1] PARTIAL Transcript of TBJ-Day 5 held 6/25/04 re: notice of appeal (88-1) LOCATED IN EXPANDO FOLDER BEHIND CASE FILE |
| 106 - 1 | 01/18/05 | [Re: DEF 1] PARTIAL Transcript of IOS held 11/5/04 re: notice of appeal (88-1) |
| 107 - 1 | 01/19/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (88-1) cc: USA, J. HARPOLE, Judge Singleton, 9CCA(original) |
| 108 - 1 | 02/07/05 | USM Return of svc on judgment DEF 1 executed on 01/25/05 to FCI BUT SCP. |
| 109 - 1 | 02/23/05 | [Re: DEF 1] JKS Minute Order denying w/o prejudice motion for a certified cy of the grand jury proceeings in this matter (100-1), motion for a certified cy of doc generated by the grand jury that indicates (101-1), motion for a certified cy of the transcript of the proceedings where the Indt (102-1). cc: USA, J. Harpole |
| 110 - 1 | 06/02/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5 | 06/07/05 | Issued: writ of execution re: DEF 1. |
| 111 - 1 | 06/09/05 | [Re: DEF 1] Copy of Order from 9CCA (88-1) setting a hrg re: representing self on appeal for 6/9/05 at 11 am PDT m epm EDT; a new briefing schedule will be established after hrg. Clk shall svc cy of this Order on S. McClintok and a CJA 23 form w/order to Mr. Harpole. cc:J. Harpole (w/CJA 23 form), USM, S. McClintok, Judge Singleton |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0025--CR (JKS)
"USA V JOHN THOMAS HARPOLE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 112 - 1 | 06/23/05 | [Re: DEF 1] Copy of Order from 9CCA (88-1) that the crt adopts the apellate comissioner's R&R in full.  Appellant mot to represent himself is granted.  Opening brief due 7/25/05; answer due 8/24/05 and optional reply due 14 days after svc of the answer.  The clk shall place this case on the next available calendar after completion of the briefing. The clk shall serve a copy of the crt's infomational packet for pro se litigants on appellant Harpole alsong with this order. cc: J. Harpole, USA, Judge Singleton |
| 113 - 1 | 07/08/05 | DEF 1 Notice of Apperance & Notice of Address Change. |