RECEIVED
APR 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

John Harpole
FPC 14923-006
P.O. Box 1000
Butner, NC 27509

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

USA
v.
John Harpole

CASE
3:04-CR-00025-JKS

## MOTION FOR ENLARGEMENT OF TIME

Now Comes John Harpole without counsel and files this MOTION FOR ENLARGEMENT OF TIME.

### DISCUSSION

On April 1, 2006 I received the Courts order which was filed on March 24, 2006 as Document 116-1. The Courts order demands answers to certain questions based on particular previous Court decisions. At the present time it is impossible for me to respond to the Courts order because of the conditions at the Butner Camp law library.

Page 1 of 3

The BOP has been changing the electronic law library from Versalaw to Lexis Nexis here at Butner Camp. During this changeover there has been one problem after another which has resulted in no inmate having any access to case law. There is no updated hard copy law books in the little Butner "Rope start" law library.

The Camp rumor on 4-14-2006 was that the problems were solved. When I went to the library on 4-15-2006 to start my research the building was closed for cleaning. When I returned on 4-16-2006 I found that I could not logon for some unexplained reason.

There are only five computer terminals that can be used for legal research at the Camp. These few terminals have to serve 340 inmates. At this Camp we do not have access to any word processing equipment. We are regulated to 10 or 12 typewriters but only 3 of them work with any consistency. But that is just as well because there is only one electrical outlet and 2 small tables that seats three at each table for all library activities.

All of these conditions together operate to prejudice me greatly, deny me access to legal materials necessary for my case and ultimately deny me due process of law.

My current scheduled release date to the Anchorage halfway house is June 6, 2006.

Page 2 of 3

By the time the Court reads this motion my release date will only be about 40 days away. So due to the circumstances here surrounding the law library, and the short amount of time that is left for me to serve, I motion the court to Expand the time to answer the Courts order of March 24, 2006 until 30 days after my arrival back in Anchorage.

Or in the alternative Grant Me Bond pending resentencing so I can transportate myself to Anchorage and prepair a timely response to the courts order.

John Harpole

John Harpole

Page 3 of 3

Certificate of Service

I certify that I have placed a true and correct copy of the foregoing document in the United States First Class mail postage prepaid on April 17, 2006 to:

Thomas Bradley
222 West 7th ave
Room 253
Anchorage Alaska 99513-7567

John Hayes