LEA A. CARLISLE
Trial Attorney
Department of Justice, Tax Division
lea.a.carlisle@usdoj.gov
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | No.  3:04-cr-025-JKS |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | **GOVERNMENT'S NON-** |
| ) | **OPPOSITION TO DEFENDANT'S** |
| JOHN THOMAS HARPOLE,        ) | **MOTION FOR ENLARGEMENT** |
| ) | **OF TIME** |
| Defendant.        ) | |
| ) | |

Plaintiff, the United States of America, through counsel, states that it does not oppose an extension of time for the Defendant to respond to the Court's Order regarding the Ninth Circuit's limited remand to review Defendant's sentence.

RESPECTFULLY SUBMITTED this 24th day of April, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lea A. Carlisle
LEA A. CARLISLE
Trial Attorney
Department of Justice, Tax Division
lea.a.carlisle@usdoj.gov

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006,
a copy of the foregoing GOVERNMENT'S
NON-OPPOSITION TO DEFENDANT'S
MOTION FOR ENLARGEMENT
OF TIME was served by regular
U. S. mail on:

John Thomas Harpole
#14923-006
FPC Camp
P O Box 1000
Butner, NC 27509

s/ Thomas C. Bradley