MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States of America v. John Thomas Harpole*
Case No. 3:04-cr-00025-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendant has moved for an enlargement of time to respond to the Court's March 24, 2006, Order regarding the Ninth Circuit's limited remand to review the Defendant's sentence. Docket No. 119. The motion is not opposed. Docket No. 120.

**IT IS THEREFORE ORDERED:**

The motion at **Docket No. 119** is **GRANTED.** Defendant shall have until **Monday, July 10, 2006**, to submit his answers to the Court's questions set forth in Docket No. 116.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: April 25, 2006

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.