John Thomas Harpole
3705 Arctic Blvd #1767
Anchorage Alaska 99503

RECEIVED

JUL 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN THOMAS HARPOLE

       Defendant.

No. 3:04-cr-025-JKS

NOTICE OF ADDRESS
CHANGE

       COMES NOW, John Thomas Harpole, without counsel, and gives

NOTICE to the CLERK that my address has changed. All correspondence in

this case should be addressed to;

John Thomas Harpole
3705 Arctic Blvd. # 1767
Anchorage Alaska 99503

# CERTIFICATE OF SERVICE

I _John       Harpole_ do certify that on
July _10_, 2006 that a true and correct
Copy of the foregoing document was placed in
The United States first class mail to

THOMAS C. BRADLEY
222 W. 7th Avenue #9 Room 253
Anchorage, Alaska 99513-7567

_John T Harpole_
John T. Harpole

NOTICE OF ADDRESS CHANGE          Page 2 of 2