IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                   Plaintiff,<br>vs.<br>JOHN THOMAS HARPOLE,<br>                   Defendant. | Case No. 3:04-CR-00025 (JKS)<br><br>O R D E R |

      John Thomas Harpole was convicted by a jury and sentenced by this Court for attempted tax evasion and failure to file income tax returns in violation of 26 U.S.C. §§ 7201 and 7203. The Ninth Circuit affirmed the conviction and remanded the sentence in light of *United States v. Ameline*, 409 F.3d 1073, 1077-78 (9th Cir. 2005) (en banc) because it could not determine from the record whether the sentence imposed would have been materially different if this Court had known that the Sentencing Guidelines were advisory rather than mandatory. Docket Nos. 114 (Order); 115 (Judgment).

      In light of the above, both parties have submitted post-sentencing memoranda. Docket Nos. 118 (Government's Post Sentencing Memorandum); 123 (Harpole's Post Sentencing Memorandum). The Court has reviewed the memoranda, considered the record and excercised its independent judgment, and concludes that advisory, rather than mandatory, Sentencing Guidelines would not have materially changed the sentence imposed in this case. The sentence of 21 months imprisonment on each count, to be served concurrently, 36 months of supervised release, and a $5,000 fine with regard to the evasion counts was at the low end of the Guidelines. This sentence is sufficient, without being greater than necessary, to comport with the purposes

required by 18 U.S.C. § 3553(a). The sentence stands, subject to appellate review under the *Booker* reasonableness standard.

**IT IS THEREFORE ORDERED:**

This case is closed and a further sentencing hearing will not be scheduled.

Dated at Anchorage, Alaska, this 12th day of July 2006.

                                         /s/ James K. Singleton, Jr.
                                         **JAMES K. SINGLETON, JR.**
                                         United States District Judge

ORDER

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2004\A04-0025.011.wpd